**No. 49528.**—Protest 105056–K of General Foods Corporation (New York).

Opinion by KEEFE, J. An examination of the papers disclosed that the entry was reliquidated on March 23, 1942 and the protest filed May 22, 1943. In view of section 514, Tariff Act of 1930, the court dismissed the protest.

**No. 49529.**—Protests 941224–G, etc., of Somerset Importers, Ltd., et al. (Baltimore, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49530.**—Protests 106200–K, etc., of Brunswig Drug Co. et al. (Los Angeles, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.